# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| ARALEZ PHARMACEUTICALS INC.; ARALEZ PHARMACEUTICALS TRADING DAC; ARALEZ PHARMACEUTICALS US INC.; and POZEN INC. <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. <br><br> Defendant. | § § § § § § § § § § § § § § <br><br> CASE NO. 2:17-CV-71-JRG-RSP |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF RESOLUTION

Pursuant to the Court's June 3, 2014 Standing Order Regarding Proper Notification of Settlement to the Court, Plaintiffs Aralez Pharmaceuticals Inc., Aralez Pharmaceuticals Trading DAC, Aralez Pharmaceuticals US Inc., and Pozen Inc. and Defendant Teva Pharmaceuticals USA, Inc. (collectively the "Parties") hereby file this Joint Motion to Stay All Deadlines and Notice of Resolution.  The Parties hereby notify the Court that all matters related to the above captioned case involving the Parties have been resolved, in principle.  The Parties respectfully request that the Court stay all unreached case deadlines contained in the Court's Docket Control Order (Dkt. No. 71) for thirty (30) days so the appropriate dismissal papers may be submitted to dismiss all claims in this action.

Dated:  October 4, 2017

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Christopher P. Borello* <br> **Dominick A. Conde** <br> N.Y. Bar No. 2388411 *(admitted PHV)* <br> dconde@fchs.com | */s/ Julie P. Bookbinder* <br> **Scott J. Bornstein** <br> Email: bornsteins@gtlaw.com <br> **Richard C. Pettus** |

1

| | |
|---|---|
| (212) 218-2204 (telephone)<br>**Christopher P. Borello**<br>N.Y. Bar No. 4130225 *(admitted PHV)*<br>cborello@fchs.com<br>(212) 218-2574 (telephone)<br>**Michael E. Furrow**<br>N.Y. Bar No. 4588208 *(admitted PHV)*<br>mfurrow@fchs.com<br>(212) 218-2557 (telephone)<br>**Zachary L. Garrett**<br>N.Y. Bar No. 5182993 *(admitted PHV)*<br>zgarrett@fchs.com<br>(212) 218-2269 (telephone)<br>**Fitzpatrick, Cella, Harper & Scinto**<br>1290 Avenue of the Americas<br>New York, NY 10104-3800<br>(212) 218-2200 (facsimile)<br><br>**Wesley Hill**<br>State Bar No. 24032294<br>**Andrea Fair**<br>State Bar No. 24078488<br>**Ward, Smith & Hill, PLLC**<br>P.O. Box 1231<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>(903) 757-6400 (telephone)<br>(903) 757-2323 (facsimile)<br>wh@wsfirm.com<br>andrea@wsfirm.com<br><br>***Attorneys for Plaintiffs***<br>***Aralez Pharmaceuticals Inc., Aralez Pharmaceuticals Trading DAC, Aralez Pharmaceuticals US Inc., and Pozen Inc.*** | Email: pettusr@gtlaw.com<br>**Allan A. Kassenoff**<br>Email: kassenoffa@gtlaw.com<br>**Julie P. Bookbinder**<br>Email: bookbinderj@gtlaw.com<br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 801-9200<br><br>**Aimee Housinger**<br>Texas State Bar No. 24083203<br>Email: housingera@gtlaw.com<br>Greenberg Traurig LLP<br>1000 Louisiana, Suite 1700<br>Houston, TX 77002<br>Telephone: (713) 374-3541<br><br>**Clyde Siebman**<br>Texas State Bar No. 18341600<br>**Stephanie R. Barnes**<br>Texas State Bar No. 24045696<br>Siebman, Burg, Phillips & Smith, L.L.P.<br>4949 Hedgcoxe Rd., Suite 230<br>Plano, Texas 75024<br>Tel: 214-387-9100<br>Fax: 214-387-9125<br>clydesiebman@siebman.com<br>stephaniebarnes@siebman.com<br><br>***Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 4, 2017.

*/s/ Julie P. Bookbinder*

2