# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ARALEZ PHARMACEUTICALS INC.; ARALEZ PHARMACEUTICALS TRADING DAC; ARALEZ PHARMACEUTICALS US INC.; and POZEN INC.<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>Defendant. | CASE NO. 2:17-CV-71-JRG-RSP |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF RESOLUTION

On this date came for consideration the Parties' Joint Motion to Stay All Deadlines and Notice of Resolution. The Court being of the opinion that same should be **GRANTED**, it is therefore,

**ORDERED** that the Joint Motion to Stay All Deadlines be and is hereby **GRANTED**, and that all unreached case deadlines contained in the Court's Docket Control Order (Dkt. No. 71) are hereby **ORDERED** stayed for thirty (30) days from the date of the entry of this Order.