# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ARALEZ PHARMACEUTICALS INC.; ARALEZ PHARMACEUTICALS TRADING DAC; ARALEZ PHARMACEUTICALS US INC.; and POZEN INC. | § § § § § | |
| Plaintiffs, | § § | CASE NO. 2:17-CV-71-JRG-RSP |
| v. | § § | |
| TEVA PHARMACEUTICALS USA, INC. | § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Defendant Teva Pharmaceuticals USA, Inc. ("Teva") warrants and represents that, on October 4, 2017, Teva filed with the FDA a Patent Certification Amendment to ANDA No. 209791. In the Patent Certification Amendment, Teva converted its Paragraph IV Certifications pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) to Paragraph III Certifications pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(III) for U.S. Patent No. 6,926,907, U.S. Patent No. 8,206,741, U.S. Patent No. 9,364,439, and U.S. Patent No. 9,539,214 (the "patents-in-suit").

2. Teva warrants and represents that it has not received any communication from the FDA objecting to the October 4, 2017 Patent Certification Amendment or otherwise indicating that the Patent Certification Amendment is deficient or ineffective in any respect.

3. Teva warrants and represents that, pursuant to the October 4, 2017 Patent Certification Amendment, it does not seek FDA approval to market in the United States any product under ANDA No. 209791 until after the expiration of the patents-in-suit.

4. Teva warrants and represents that it will not amend or change its Paragraph III Certifications concerning the patents-in-suit in ANDA No. 209791 to Paragraph IV Certifications without giving Aralez Pharmaceuticals Inc., Aralez Pharmaceuticals Trading DAC, Aralez Pharmaceuticals US Inc., and Pozen Inc. ("Aralez") the required patent certification notices. *See* 21 U.S.C. § 355(b)(3). If Teva does convert any of its Paragraph III Certifications in ANDA No. 209791 to Paragraph IV Certifications, it will send a new patent certification notice to Aralez, and Aralez will have 45 days from receipt of the new notice to bring suit for patent infringement.

5. The above-captioned action is hereby dismissed without prejudice.

6. All claims and counterclaims by Plaintiffs Aralez and Defendant Teva against each other in this action are dismissed without prejudice.

7. Each party to bear its own costs, expenses and attorney's fees.

Dated: October 27, 2017

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Zachary L. Garrett w/permission Claire A. Henry* | */s/ Julie P. Bookbinder w/permission Claire A. Henry* |
| **Dominick A. Conde** | **Scott J. Bornstein** |
| N.Y. Bar No. 2388411 *(admitted PHV)* | Email: bornsteins@gtlaw.com |
| dconde@fchs.com | **Richard C. Pettus** |
| (212) 218-2204 (telephone) | Email: pettusr@gtlaw.com |
| **Christopher P. Borello** | **Allan A. Kassenoff** |
| N.Y. Bar No. 4130225 *(admitted PHV)* | Email: kassenoffa@gtlaw.com |
| cborello@fchs.com | **Julie P. Bookbinder** |
| (212) 218-2574 (telephone) | Email: bookbinderj@gtlaw.com |

| | |
|---|---|
| **Michael E. Furrow**<br>N.Y. Bar No. 4588208 *(admitted PHV)*<br>mfurrow@fchs.com<br>(212) 218-2557 (telephone)<br>**Zachary L. Garrett**<br>N.Y. Bar No. 5182993 *(admitted PHV)*<br>zgarrett@fchs.com<br>(212) 218-2269 (telephone)<br>**Fitzpatrick, Cella, Harper & Scinto**<br>1290 Avenue of the Americas<br>New York, NY 10104-3800<br>(212) 218-2200 (facsimile)<br><br>**Wesley Hill**<br>State Bar No. 24032294<br>**Andrea Fair**<br>State Bar No. 24078488<br>**Claire Abernathy Henry**<br>State Bar No. 24053063<br>**Ward, Smith & Hill, PLLC**<br>P.O. Box 1231<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>(903) 757-6400 (telephone)<br>(903) 757-2323 (facsimile)<br>wh@wsfirm.com<br>andrea@wsfirm.com<br>claire@wsfirm.com<br><br>*Attorneys for Plaintiffs*<br>*Aralez Pharmaceuticals Inc., Aralez Pharmaceuticals Trading DAC, Aralez Pharmaceuticals US Inc., and Pozen Inc.* | Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 801-9200<br><br>**Aimee Housinger**<br>Texas State Bar No. 24083203<br>Email: housingera@gtlaw.com<br>Greenberg Traurig LLP<br>1000 Louisiana, Suite 1700<br>Houston, TX 77002<br>Telephone: (713) 374-3541<br><br>**Clyde Siebman**<br>Texas State Bar No. 18341600<br>**Stephanie R. Barnes**<br>Texas State Bar No. 24045696<br>Siebman, Burg, Phillips & Smith, L.L.P.<br>4949 Hedgcoxe Rd., Suite 230<br>Plano, Texas 75024<br>Tel: 214-387-9100<br>Fax: 214-387-9125<br>clydesiebman@siebman.com<br>stephaniebarnes@siebman.com<br><br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 27, 2017.

*/s/ Claire A. Henry*