IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ARALEZ PHARMACEUTICALS INC.; ARALEZ PHARMACEUTICALS TRADING DAC; ARALEZ PHARMACEUTICALS US INC.; and POZEN INC.<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>Defendant. | CASE NO. 2:17-CV-71-JRG-RSP |

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) submitted jointly by Plaintiffs Aralez Pharmaceuticals Inc., Aralez Pharmaceuticals Trading DAC, Aralez Pharmaceuticals US Inc., and Pozen Inc. and Defendant Teva Pharmaceuticals USA, Inc.  In light of the stipulation of the parties, it is hereby **ORDERED** that:

1. All claims and counterclaims by Plaintiffs Aralez Pharmaceuticals Inc., Aralez Pharmaceuticals Trading DAC, Aralez Pharmaceuticals US Inc., and Pozen Inc. and Defendant Teva Pharmaceuticals USA, Inc. against each other in this action are **DISMISSED WITHOUT PREJUDICE**; and

2. Each party to bear its own costs, expenses and attorney's fees; and

3. The Clerk is directed to **CLOSE** the above referenced case.